# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAROMIR KOVARIK** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-680 |
| | : | |
| **GROUNDWATER &** | : | |
| **ENVIRONMENTAL SERVICES, INC.,** | : | |
| **ET AL.** | : | |

## ORDER

This 4th day of October, 2024, at the request of the parties, it is hereby **ORDERED** that this matter is referred to the Honorable Paul S. Diamond for a settlement conference. The parties are advised to await instructions from Judge Diamond as to how he wishes to proceed. The entry of a case management order will be deferred.

/s/ Gerald Austin McHugh
United States District Judge