IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAROMIR KOVARIK,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 24-680 |
| | : | |
| **GROUNDWATER & ENVIRONMENTAL SERVICES, INC.,** *et al.*, | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this 10th day of October, 2024, having considered the email request from Counsel for Defendant Groundwater & Environmental Services, Inc., for an extension of time to file Settlement Memoranda, it is hereby **ORDERED** that:

1. The Parties **SHALL** submit Settlement Memoranda **no later than** **October 14, 2024 at 5:00 p.m.**

2. Each Memorandum **SHALL NOT** exceed ten pages in length.

3. Each Party **SHALL** indicate whether its memorandum is submitted *ex parte*.

                                                  **AND IT IS SO ORDERED.**

                                                  */s/ Paul S. Diamond*

                                                  **Paul S. Diamond, J.**