| | |
|---|---|
| **From:** | O"Brien, Kolby |
| **To:** | Chambers of Judge Paul S Diamond; Lenora Wittje |
| **Cc:** | dsilva@mankogold.com; Post, May Mon; JKaplan@mankogold.com; counsel |
| **Subject:** | Kovarik, Jaromir v. Groundwater & Environmental Services, Inc., et al. Civ. No. 24-680 |
| **Date:** | Thursday, October 10, 2024 10:13:53 AM |

**CAUTION - EXTERNAL:**

Good Morning Judge Diamond,

I am writing this email on behalf of May Mon Post, Esquire. May Mon Post is requesting an extension until the end of the day Monday, 10/14/2024 to submit the Settlement Memoranda to the Chambers of Judge Diamond. May Mon Post has been out of the office all week and will continue to be through Friday, 10/11/2024. Please let me know if this request is granted so that I may update our records.

Respectfully submitted,
Kolby O'Brien
Legal Secretary

**Bunker & Ray**

**Employees of ACE American Insurance Company, a Chubb Company**

436 Walnut Street, WA01A

Philadelphia, PA 19106, USA

Phone: 215-845-6182 (direct) | Fax: 215-569-0284 | Kolby.obrien@bunkerray.com

This email (which includes any attachments) is intended to be read only by the person(s) to whom it is addressed. This email may contain confidential, proprietary information and may be a confidential attorney-client communication, exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your cooperation.

**We strive to be a paperless office. I encourage you to send all correspondence, pleadings, discovery, production, and every other transmittable item via email or fax instead of US Mail when at all possible. When this form of transmittal occurs, it is not necessary to send a separate copy via US mail.**

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.