# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAROMIR KOVARIK** : | |
| : | |
| v. : | **CIVIL ACTION NO. 24-680** |
| : | |
| **GROUNDWATER &** : | |
| **ENVIRONMENTAL SERVICES, INC.,** : | |
| **ET AL.** : | |

## O R D E R

This  17th  day of  October , 2024, it having been reported that the above captioned action has been settled, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

Notwithstanding this dismissal, pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure, this order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).

**GEORGE WYLESOL**, Clerk of Court

**BY:**    /s/ Patricia Clark
Patricia Clark
Civil Deputy to Judge McHugh

Copies EMAILED on  10/17/24  to:

cc:    All counsel of record