## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAROMIR KOVARIK** : | |
| : | |
| v.   : | **CIVIL ACTION NO. 24-680** |
| : | |
| **GROUNDWATER &** : | |
| **ENVIRONMENTAL SERVICES, INC.,** : | |
| **ET AL.** : | |

## **ORDER**

This 12th day of November, 2024, the Honorable Paul Diamond having confirmed the existence of a binding settlement, and having memorialized the parties' understanding of and assent to that settlement in a hearing held this date, it is hereby **ORDERED** that this case is **DISMISSED** pursuant to Rule 41(b).  The Clerk is requested to mark this matter closed.

       /s/ Gerald Austin McHugh
       United States District Judge