Generated: Dec 12, 2024 3:07PM                                                                                             Page 1/1

# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Dec 12, 2024 3:07PM

Jaromir Kovarik

| Rcpt. No: 20025680 | | Trans. Date: Dec 12, 2024 3:07PM | | | Cashier ID: #ST |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 601 | Electronic Printing Fee | | 6 | 0.10 | 0.60 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| PC | OTCnet Check | #2207 | 12/12/2024 | | $0.60 |
| | | | Total Due Prior to Payment: | | $0.60 |
| | | | Total Tendered: | | $0.60 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

12/9/24, 12:03 PM                  Gmail - RE: KOVARIK v. GROUNDWATER & ENVIRONMENTAL SERVICES, INC. et al Case Number: 2:24-cv-00680-GAM Filer: …

Case 2:24-cv-00680-GAM    Document 52    Filed 12/13/24    Page 2 of 4

 Gmail

counsel <jxk0011@gmail.com>

## RE: KOVARIK v. GROUNDWATER & ENVIRONMENTAL SERVICES, INC. et al Case Number: 2:24-cv-00680-GAM Filer: Document Number: 46,48,49

1 message

**Paed Recordsrequest** <Paed_Recordsrequest@paed.uscourts.gov>   Mon, Dec 9, 2024 at 11:52 AM
To: counsel <jxk0011@gmail.com>

*[handwritten: PLEASE FORWARD IT BY EMAIL]*
*[stamp: RECEIVED DEC 11 2024]*

Jaromir Kovarik

We received your request for **documents** in Case # **24-CV-0680**. The fee for the documents you requested is **$0.60**.

Case participants are not allowed access to Minute Sheets through PACER. As of now they are for internal purposes only.

Litigants cannot have minute sheets

The only persons or agencies that receive documents or services for free of charge are federal employees and federal agencies that are under the judiciary branch. We cannot mail the documents until the fee is received. Pro Se and Motion to Proceed in Forma Pauperis filers are also required to pay the fee, unless there is a specific order from the judge. The cost for copy work is *$0.10 per page* and Certified copy work is *$12.00 per document plus the cost of copy work.*

Please make your check payable to **"Clerk, U.S. District Court"** and mail to

CLERK OF COURT

2609 U.S. COURTHOUSE

601 MARKET STREET

PHILADELPHIA, PA  19106

**Please send this letter with your payment. Thank you**

If you wish to have documents sent via email, please include the desired email address with your payment.

Please be aware that if you request documents sent via email, you will **NOT** also receive physical documents in the mail unless you pay for them as well.

Sincerely,

Case 2:24-cv-00680-GAM    Document 52    Filed 12/13/24    Page 3 of 4

12/9/24, 12:03 PM    Gmail - RE: KOVARIK v. GROUNDWATER & ENVIRONMENTAL SERVICES, INC. et al Case Number: 2:24-cv-00680-GAM Filer: ...

Patrick McLaughlin

Correspondence Clerk

2609 U.S. Courthouse

601 Market Street

Philadelphia, PA 19106

(267) 299-7146


**** An email sent to this account is not an accepted method to submit documents for filing. Please visit the court's website for filing instructions Eastern District of Pennsylvania | United States District Court (uscourts.gov)****


**From:** counsel <jxk0011@gmail.com>
**Sent:** Monday, December 9, 2024 11:26 AM
**To:** Paed Recordsrequest <Paed_Recordsrequest@paed.uscourts.gov>
**Subject:** KOVARIK v. GROUNDWATER & ENVIRONMENTAL SERVICES, INC. et al Case Number: 2:24-cv-00680-GAM Filer: Document Number: 46,48,49


**CAUTION - EXTERNAL:**


I am the pro-se Plaintiff in the above-referenced case. I received an electronic notification about the filing of the above documents. I have been denied access to these documents when attempting to open them as per the electronic notification. Opening of the other documents on the docket seems to be no problem for me. I have no option to visit your public room. Please, provide me with access or filed copies of the documents.


Thank you.


Jaromir Kovarik

211 Ridge Rd.

Annville, PA 17003

717-383-6985

jxk0011@gmail.com


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

J. KOVARIK
211 RIDGE Rd.
ANNVILLE, PA 17003

U.S.M.S. X-RAY

HARRISBURG PA 171
9 DEC 2024 PM 4 L

RECEIVED
DEC 11 2024
BY:_____

CLERK OF COURT
2609 U.S. COURTHOUSE
601 MARKET St.
PHILADELPHIA, PA 19106

